UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Herman Westly Rodgers, Jr.,                File No. 20-cv-306 (ECT/LIB)

    Plaintiff,

v.                                         **ORDER**

U.S. Navy,

    Defendant.

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on September 14, 2020.  ECF No. 6.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 4] is **DENIED AS MOOT.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 2, 2020          s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court